USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/3/20.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NY CUSTOM INTERIOR MILLWORK CORP.,

Plaintiff,

v.

PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY,

Defendant.

No. 19-CV-10086 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 22, 2019, the Court granted Defendant's request to adjourn the initial status conference to January 10, 2020, and ordered counsel for Plaintiff to file a notice of appearance in this action no later than December 20, 2019. To date, Plaintiff has not filed a notice of appearance. As Plaintiff is a corporation, it may not proceed *pro se* and therefore must obtain counsel to proceed in this action. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983). Accordingly, no later than January 7, 2020, Plaintiff must file a notice of appearance in this case.

SO ORDERED.

Dated: January 3, 2020
New York, New York

_____
Ronnie Abrams
United States District Judge