UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NY CUSTOM INTERIOR MILLWORK CORP.,

            Plaintiff-Counterclaim-Defendant,

-against-

PENNSYLVANIA LUMBERMANS MUTUAL
INSURANCE COMPANY,

            Defendant-Counterclaim-Plaintiff,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2021

1:19-cv-10086 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    A Post-Discovery Conference is scheduled to occur in this case on July 29, 2021. Pursuant to the Civil Case Management Plan and Scheduling Order entered in this case on March 18, 2021 and the Court's Individual Practices, the parties were required to submit a joint status letter and any pre-motion letters in anticipation of motions for summary judgment at least a week before the conference. Nothing was filed.

    As a result, the Post-Discovery Conference scheduled for July 29, 2021, is adjourned to August 5, 2021 at 11:30AM. The conference will be held by telephone. To join the conference, dial 888-278-0296 and enter access code 5195844. On or before July 29, 2021, the parties must file the joint letter required by my Individual Practices and any pre-motion letters in anticipation of motions for summary judgment. Any pre-motion letters in opposition to the motions must be received by August 2, 2021. The parties' joint letter also should explain why the parties failed to comply with the Court's Individual Practices in connection with the adjourned conference. Failure to comply with this order may result in sanctions.

**SO ORDERED.**

Date:  July 26, 2021
       New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL
United States District Judge**