UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NY CUSTOM INTERIOR MILLWORK CORP., | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 7/28/2021 |
| Plaintiff, | |
| -against- | 1:19-cv-10086-MKV |
| PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, | ORDER OF DISMISSAL |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 45]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in an agreement and as long as the application to restore the action is made by **August 26, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: July 27, 2021
   New York, NY

MARY KAY VYSKOCIL
United States District Judge